BEFORE THE SECOND DIVISION, JULY 12, 1946

No. 51245.—Protests 987093 G, etc., of Ayres, Wm. C. Jones, Inc., et al. (Boston).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of cotton waste the same in all material respects as that passed upon in *Garvey Co.* v. *United States* (15 Cust. Ct. 130, C. D 959). In accordance therewith the claim for free entry under paragraph 1662 was sustained.

No. 51246.—Protests 116872–K, etc., of Anachemia, Ltd., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.